# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JULIE DUNAI, ) | |
|     Plaintiff, ) | Case No. 1:19-cv-7292 |
| v. ) | |
| ) | Honorable Judge Charles P. Kocoras |
| VELA INSURANCE SERVICES, LLC, and ) | |
| BERKLEY INSURANCE COMPANY ) | |
|     Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE OF REMY D. SNEAD

NOW COMES attorney Remy D. Snead of The Prinz Law Firm, P.C. and moves this Court for an Order allowing her to withdraw her appearance as counsel of record for Plaintiff Julie Dunai. Plaintiff shall continue to be represented in this matter by other counsel of record of The Prinz Law Firm, P.C.

Wherefore, Plaintiff respectfully requests that this Court enter an Order granting the withdrawal of Remy D. Snead's appearance as of February 25, 2020.


Dated: February 25, 2020

By: /s/ Remy Snead_____<br>
One of the attorneys for Plaintiff<br>
ARDC No. 6330473

The Prinz Law Firm, P.C.
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
Remy D. Snead (rsnead@prinz-lawfirm.com)
1 East Wacker Drive, Suite 2500
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a true and correct copy of Plaintiff's Motion to Withdraw Appearance of Remy D. Snead was served upon the attorneys of record for Defendants via the Court's electronic filing system.

Dated: February 25, 2020

               Respectfully submitted,

          By:  /s/ Remy Snead
              One of the Plaintiff's Attorneys
              ARDC No. 6330473

The Prinz Law Firm, P.C.
Kristen Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
Remy Snead (rsnead@prinz-lawfirm.com)
1 East Wacker Drive, Suite 2500, Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822